UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DANIEL J. WICKENS, et. al, )<br>)<br>Plaintiffs, )<br>) <br>vs. )<br>)<br>SHELL OIL COMPANY, et. al, )<br>)<br>Defendants. ) | 1:05-cv-645- SEB-JMS |

### ORDER ON PLAINTIFFS' MOTION TO DISMISS

Plaintiffs have moved to dismiss all claims against the Shell Defendants, except those asserted in Count I of Plaintiffs' Complaint.[1]

The Court, having reviewed Plaintiffs' Motion to Dismiss (Docket No. 247), the Shell Defendants' response thereto (Docket No. 251), and Plaintiffs' reply brief (Docket No. 253), now GRANTS a dismissal with prejudice of all of all of Plaintiffs' claims against the Shell Defendants, except those asserted in Count I of Plaintiffs' Complaint.

IT IS SO ORDERED.

Date: 09/20/2007

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

---

[1] Although Plaintiffs' Motion to Dismiss references Plaintiffs' proposed Amended Complaint, the proposed Amended Complaint does not control this litigation. (See Docket No. 250).

1

Copies to:

Harry Nicholas Arger
DYKEMA GOSSETT ROOKS PITTS PLLC
harger@dykema.com

Gregory P. Cafouros
KROGER GARDIS & REGAS, LLP
gpc@kgrlaw.com

Frank J. Deveau
SOMMER BARNARD ATTORNEYS, PC
fdeveau@sommerbarnard.com

Andrew Rudolph Falk
KROGER GARDIS & REGAS LLP
arf@kgrlaw.com

David L. Guevara
SOMMER BARNARD ATTORNEYS, PC
dguevara@sommerbarnard.com

Lee T. Hettinger
DYKEMA GOSSETT ROOKS PITTS PLLC
lhettinger@dykema.com

Miriam A. Rich
GONZALEZ SAGGIO & HARLAN LLP
richm@gshllp.com

Mark Eliot Shere
ms@sherelaw.com

Brad R. Sugarman
SOMMER BARNARD ATTORNEYS, PC
bsugarman@sommerbarnard.com

Rosa Maria Tumialan
DYKEMA GOSSETT ROOKS PITTS PLLC
rtumialan@dykema.com

Jeffery Alan Whitney
GONZALEZ SAGGIO & HARLAN LLP
jessica_davis@gshllp.com

Phillip H Baker
328 West 53rd St. Lot#79
Anderson, IN 46013